IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **UNITED STATES,** | : | CIVIL ACTION |
| **EX REL. GEORGE MILLER, ET AL.,** | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | No. 10-cv-3007 |
| | : | |
| **DR. GLENN KLINE, ET AL.,** | : | |
| | : | |
| *Defendants.* | : | |
| | : | |

**ORDER**

**AND NOW**, this 13th day of August, 2019, it having been reported that the issues between the Relators and the HMA Defendants[1] in the above action have been settled and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that the above action is **DISMISSED** as to these parties pursuant to agreement of counsel without costs.

                                                      **BY THE COURT:**

                                                      */s/ Mitchell S. Goldberg*

                                                      **MITCHELL S. GOLDBERG, J.**

---

[1] The HMA Defendants are Health Management Associates, Inc.; Rose City, LLC; Rose City HMA, Inc. d/b/a Lancaster Regional Medical Center; Lancaster HMA, LLC; and Lancaster HMA, Inc. d/b/a Herat of Lancaster Regional Medical Center.